

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00620-CV

Kathy **WELCH**,
Appellant

v.

Gerardo Javier **AFONSO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04591
Honorable Karen Crouch, Judge Presiding

# O R D E R

Court reporters Brooke Wagner and Kay Counsellor have filed notices stating that no record was made of the proceeding that resulted in the judgment. Accordingly, we order appellant's brief due December 1, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court